IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CRAIG ANDREW LARGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:16-CV-75-WKW |
| ) | [WO] |
| DR. JOHN MCFARLAND, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**<u>RECOMMENDATION OF THE MAGISTRATE JUDGE</u>**

Plaintiff filed this 42 U.S.C. § 1983 action on December 21, 2015.[1]  When he filed this complaint, Plaintiff was incarcerated at the Lee County Detention Center in Opelika, Alabama. On March 30, 2016, the envelope containing Plaintiff's copies of orders filed March 16, 2016, were returned to the court marked as undeliverable because Plaintiff is no longer at the service address he provided when he filed the complaint. Consequently, the court entered an order on April 1, 2016, directing Plaintiff to provide the court with his present address by April 11, 2016. (Doc. 13).  Plaintiff was cautioned that his failure to comply with the court's April 1 order would result in a recommendation this case be dismissed.  *Id*.  Plaintiff's copy of the court's April 1, 2016, order was returned to the court on April 8, 2016, marked as undeliverable.

Upon review of the pleadings filed, the undersigned finds the court file contains no alternate address for Plaintiff and that he has not provided this court with a current address since the inception of filing the instant complaint.  The undersigned, therefore, concludes this case is due to be dismissed.

---

[1] Plaintiff originally filed his complaint with the United States District Court for the Northern District of Alabama. By order entered January 25, 2016, the complaint was transferred to this court. (Doc. 3).

Accordingly, it is the RECOMMENDATION of the Magistrate Judge this case be DISMISSED without prejudice for Plaintiff's failures to comply with the orders of the court and to prosecute this action.

It is further

ORDERED that **on or before May 4, 2016**, the parties may file an objection to the Recommendation. Any objection filed must specifically identify the factual findings and legal conclusions in the Magistrate Judge's Recommendation to which a party objects. Frivolous, conclusive or general objections will not be considered by the District Court. This Recommendation is not a final order and, therefore, it is not appealable.

Failure to file a written objection to the proposed findings and recommendations in the Magistrate Judge's report shall bar a party from a *de novo* determination by the District Court of factual findings and legal issues covered in the report and shall "waive the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions" except upon grounds of plain error if necessary in the interests of justice. 11th Cir. R. 3-1; *see Resolution Trust Co. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993); *Henley v. Johnson*, 885 F.2d 790, 794 (11th Cir. 1989).

Done, this 20th day of April 2016.

    /s /    Wallace Capel, Jr.
UNITED STATES MAGISTRATE JUDGE