IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CRAIG ANDREW LARGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  3:16-CV-75-WKW |
| | ) | |
| JOHN MCFARLAND, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

On April 20, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 14.)  Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1)    The Recommendation is ADOPTED; and

(2)    This case is DISMISSED without prejudice for Plaintiff's failures to comply with the orders of the court and to prosecute this action.

A separate final judgment will be entered.

DONE this 13th day of May, 2016.

_____/s/ W. Keith Watkins_____
CHIEF UNITED STATES DISTRICT JUDGE